STATE OF NORTH CAROLINA v. GREGORY A. LANFORD
AND RICHARD D. OLDCORN

No. 744SC249

(Filed 1 May 1974)

APPEAL by defendants from *Tillery, Judge,* 10 September 1973 Session of Superior Court held in ONSLOW County.

Defendants were tried on their pleas of not guilty to the charges contained in a bill of indictment, proper in form, charging the offenses of felonious breaking and entering and felonious larceny. The jury found both defendants guilty of both charges. From judgments on the verdict imposing prison sentences, defendants appealed.

*Attorney General Robert Morgan by Assistant Attorney General Millard R. Rich, Jr. for the State.*

*William J. Morgan for defendant appellants.*

PARKER, Judge.

Defendants' counsel, after diligently examining the transcript, has been unable to assign error. We have also carefully examined the record and find

No error.

Chief Judge BROCK and Judge BALEY concur.